**Honorable John C. Coughenour**

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

AHLAM FEYSSA, an individual, N. F. (1), a minor child, N. F. (2), a minor child, by and through their parent and guardian,

Plaintiffs,

v.

STATE FARM FIRE & CASUALTY COMPANY, a foreign corporation,

Defendants.

No.: 2:25-cv-01494-JCC

**[~~PROPOSED~~] ORDER GRANTING STIPULATED MOTION TO SEAL**

Upon consideration of Defendant's State Farm Fire & Casualty Company and Plaintiffs' Stipulated Motion to Seal (**Dkt 47**) ~~and having heard argument of counsel~~

the Court orders as follows:

The Stipulated Motion to Seal is hereby GRANTED.

DATED this 31st day of August 2026.

JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE



**FREEMAN MATHIS & GARY, LLP**
**601 UNION STREET, SUITE 820**
**SEATTLE, WA 98101**
**206-647-0473**

Presented by:

**FREEMAN MATHIS & GARY, LLP**

By: */s/Luisa E. Taddeo*
Galina Kletser Jakobson, WSBA #49501
Luisa E. Taddeo, WSBA #48677
*Attorneys for Defendant State Farm Fire & Casualty Company*

**EMBER LAW PLLC**

By: */s/Chance B. Yager (with e-mail authorization)*
Leah S. Snyder, WSBA #44384
Chance B. Yager, WSBA #54486
*Attorneys for Plaintiffs*



**FREEMAN MATHIS & GARY, LLP**
**601 UNION STREET, SUITE 820**
**SEATTLE, WA 98101**
**206-647-0473**